ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEIJUN YU, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"), <br><br> Defendant. | C 5:24-cv-04990-NC <br><br> **STIPULATION TO STAY PROCEEDINGS; ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until May 29, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    1.    Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for Asylum and for Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") has scheduled the asylum interview to take place on January 29, 2025. USCIS agrees to work diligently towards completing adjudication of Plaintiff's application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

Stip to Stay Proceedings
C 5:24-cv-04990-NC                1

2.  Plaintiff agrees to submit all supplemental documents and evidence no later than seven to ten days prior to the interview, pursuant to USCIS policy. Plaintiff agrees that the failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

3.  If needed by Plaintiff or her dependent(s), Plaintiff shall bring her own interpreter to her asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to her interview may result in the interview being rescheduled at no fault of USCIS.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 29, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: October 21, 2024                              Respectfully submitted[1],

                                                     ISMAIL J. RAMSEY
                                                     United States Attorney

                                                      */s/ Elizabeth D. Kurlan*
                                                     ELIZABETH D. KURLAN
                                                     Assistant United States Attorney
                                                     Attorneys for Defendants

//
//
//

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

| | |
|---|---|
| 1 | Dated: October 21, 2024 |
| 2 | /s/ Zheng Liu |
| | ZHENG LIU |
| 3 | Aptum Law |

Dated: October 21, 2024

/s/ Zheng Liu
ZHENG LIU
Aptum Law

/s/ Jingyi Guo
JINGYI GUO
Aptum Law

/s/ Yuxiu Fang
YUXIU FANG
The Fang Law Firm

Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 21, 2024

_____
HON. NATHANAEL M. COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

Stip to Stay Proceedings
C 5:24-cv-04990-NC    3